*Harris B. Steinberg, Abraham H. Brodsky, Manuel J. Steinberg* and *Richard A. Green* for appellant.

*Edward S. Silver, District Attorney (William I. Siegel* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ. Taking no part: DYE, J.

REBECCA AMINOFF, Appellant, *v.* RALPH AMINOFF, Respondent.

Submitted February 6, 1956; decided February 16, 1956.

*Joseph J. Lombardo, Francis M. Verrilli* and *Samuel Saline* for motion.

*David W. Kahn* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

REBECCA AMINOFF, Appellant, *v.* RALPH AMINOFF et al., Respondents.

Submitted February 6, 1956; decided February 16, 1956.

*Joseph J. Lombardo, Francis M. Verrilli* and *Samuel Saline* for motion.

*David W. Kahn* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

JULIUS E. FOSTER, Appellant, *v.* LOUIS W. PARKER et al., Respondents. (Action No. 1.) JULIUS E. FOSTER, Appellant, *v.* LOUIS W. PARKER, Respondent. (Action No. 2.)

Submitted February 6, 1956; decided February 16, 1956.